IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DF      COLORADO

MAY 3 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00496-BNB

DEBBIE BELL,

       Plaintiff,

v.

WARDEN NOBLE WALLACE,
DR. POLLACK, and
RAY RICE,

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Request for Status Report and Motion for Extension of Time" filed on May 1, 2007, is granted in part and denied in part. The request for a status report is GRANTED. The initial partial filing fee for this action was paid on May 1, 2007. As a result, the motion for an extension of time to pay the initial partial filing fee is DENIED as moot.

Dated: May 3, 2007

Copies of this Minute Order mailed on May 3, 2007, to the following:

Debbie Bell
Prisoner No. 83761
DWCF
PO Box 392005
Denver, CO 80239

                                   Secretary/Deputy Clerk