IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00496-REB-MEH

DEBBIE BELL,

    Plaintiff,

v.

NOBLE WALLACE,
RAY RICE, and
DR. POLLACK,

    Defendants.

_____

**ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY**
_____

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is a Motion to Stay discovery filed by Defendants Rice and Pollack[1] [doc #23]. The matter has been referred to this Court for resolution [doc #24]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Motion is **granted**.

In this case, Defendants Rice and Pollack filed a Motion to Dismiss [doc #20] alleging, among other defenses, that they enjoy qualified immunity from the constitutional claims raised in this matter. If granted, the Motion will terminate the claims brought under 42 U.S.C. § 1983 against both Defendants.

The Supreme Court has emphasized the broad protection qualified immunity affords, giving officials "a right, not merely to avoid 'standing trial,' but also to avoid the burdens of 'such

---

[1] Warden Noble Wallace is named as a defendant in the Prisoner Complaint; however, he has not yet been served and has not waived service.

pretrial matters as discovery.' " *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996) (quoting *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985)); *see also Crawford-El v. Britton*, 523 U.S. 574, 598 (1998).  Consequently, discovery should not be allowed until the court resolves the threshold question whether the law was clearly established at the time the allegedly unlawful action occurred.  *Siegert v. Gilley,* 500 U.S. 226, 229 (1991); *see also Albright v. Rodriguez,* 51 F.3d 1531, 1534 (10th Cir.1995); *Medina v. Cram*, 252 F.3d 1124, 1127-28 (10th Cir. 2001).

 Accordingly, for the reasons stated above, it is hereby ORDERED that the Motion to Stay discovery filed by Defendants Rice and Pollack [filed August 22, 2007; doc #23] is **granted**.  Discovery in this matter is hereby **stayed** in accordance with this Order.

It is further ORDERED that the Preliminary Scheduling/Status Conference set for September 19, 2007 at 9:15 a.m. is **vacated**.  The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending motion to dismiss.

Dated at Denver, Colorado, this 23rd day of August, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge