**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.07-cv-00496-REB-MEH

DEBBIE BELL,

      Plaintiffs,

v.

NOBLE WALLACE,
RAY RICE, and
DR. POLLACK,

      Defendants.

## MINUTE ORDER[1]

      The matter comes before the court on the plaintiff's request for an extension of time to file a further objection to the **Recommendation on Defendants' Motion To Dismiss** [#28], entered September 18, 2007.  This request was contained in plaintiff's **File a Motion of Objection and Request of Extention** [*sic*] [#32], filed September 25, 2007.  The request is **GRANTED**.  The plaintiff shall have up to and including **October 24, 2007**, in which to file further objections to the **Recommendation on Defendants' Motion To Dismiss** [#28], entered September 18, 2007.

      Dated:  September 25, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.