IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00496-REB-MEH

DEBBIE BELL,

    Plaintiffs,

v.

DR. POLLACK,
RAY RICE, and
NOBLE WALLACE,

    Defendants.

---

### ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the following: 1) the defendants' **Motion To Dismiss** [#20], filed August 14, 2007; 2) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#28], filed September 18, 2007; and 3) the plaintiff's **File Motion of Reasons for Objection** [#34], filed October 15, 2007.  I overrule the plaintiff's objections, approve and adopt the recommendation, grant the motion to dismiss in part and deny the motion to dismiss in part.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections has been filed, and have considered carefully the recommendation, the objections, the underlying motions, and the applicable caselaw. In addition, because the plaintiff, Debbie Bell, is proceeding *pro se*, I have construed

her filings generously and with the leniency due to *pro se* litigants. ***See Erickson v. Pardus***, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

The magistrate judge's recommendation is detailed and well-reasoned. The plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#28], filed September 18, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections to the recommendation stated in the plaintiff's **File Motion of Reasons for Objection** [#34], filed October 15, 2007, are **OVERRRULED**;

3. That the defendants' **Motion To Dismiss** [#20], filed August 14, 2007, is **DENIED** as to the plaintiff's claim of retaliation against defendant Dr. Pollack;

4. That the defendants' **Motion To Dismiss** [#20], filed August 14, 2007, is **GRANTED** otherwise;

5. That the plaintiff's claims against defendants, Noble Wallace and Ray Price, are **DISMISSED**;

6. That defendants, Noble Wallace and Ray Price, are **DROPPED** from this case; and

7. That the caption of this case is **AMENDED** to remove Noble Wallace and Ray Price as named defendants.

Dated March 10, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**