IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00496-PAB-MEH

DEBBIE BELL,

    Plaintiff,

v.

DR. POLLACK,

    Defendant,

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation on Motion for Injunctive Relief" filed at docket #75. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Plaintiff's Motion for Court Order to have Colon Surgery (docket #65) is DENIED.

    DATED this 14th day of November, 2008.

    BY THE COURT:

    s/Philip A. Brimmer
    PHILIP A. BRIMMER
    United States District Judge