IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00496-PAB-MEH

DEBBIE BELL,

     Plaintiff,

v.

DR. POLLACK,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2009.**

     Defendant's Motion for Order to Show Cause [filed March 26, 2009; docket #80] is **granted**. An Order to Show Cause is filed contemporaneously with this minute order.

     Defendant's Motion for Stay of the Deadline for Filing Dispositive Motions [filed March 26, 2009; docket #81] is **granted in part and denied in part**. For good cause shown, the Scheduling Order will be amended to reflect that the dispositive motion deadline is extended to **April 30, 2009**.